ROBERT J. McNALLY, Respondent, *v.* EDWARD ROWAN et al., Appellants.

*McNally v. Rowan*, 101 App. Div. 342, affirmed.
(Argued April 12, 1905; decided May 2, 1905.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 14, 1905, which reversed an order of Special Term directing a new taxation of costs in an action to foreclose a mechanic's lien.

The following question was certified: "Is the plaintiff entitled to costs in this action accruing after the offer of judgment?"

*E. T. Stokes* for appellants.

*Adelbert W. Boynton* for respondent.

Order affirmed, with costs, on opinion below, and question certified answered in the affirmative.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.